```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALBERT BREWER,                   )
                                 ) Civil Action
          Plaintiff              ) No. 13-cv-05763
                                 )
     vs.                         )
                                 )
BERKS COUNTY SHERIFF;            )
ERIC J. WEAKNECHT, Sheriff;      )
ANTHONY DEMORE, Chief; and       )
VINCENT PACIFICO, Sergeant,      )
                                 )
          Defendants             )

## REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 14th day of November, 2013,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference at the appropriate time.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457