IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Albert Brewer,

        *Plaintiff,*      NO. 13-cv-5763

  v.

         JURY TRIAL DEMANDED

Berks County Sheriff,
Eric J. Weaknecht, Sheriff,
Anthony Demore, Chief, and
Vincent Pacifico, Sergeant,

        *Defendants.*

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for Defendants, Berks County Sheriff, Eric Weaknecht, Sheriff, Anthony Damore and Vince Pacifico, in the above-captioned matter. Defendants demand a trial by a jury of twelve.

DEASEY, MAHONEY, VALENTINI & NORTH, LTD.

By: _____
ANDREW B. ADAIR, ESQUIRE
Attorney I.D. No.: 70756
103 Chesley Drive, Suite 101
Media, PA 19063
610-892-2732
610-892-2926 – FAX

Dated: November 26, 2013

## CERTIFICATE OF SERVICE

I, Andrew Adair, Esquire, hereby certify that on this date, a true and correct copy of the within Entry of Appearance was electronically filed with the Court and is available for viewing and downloading on the ECF System. I further certify that a true and correct copy was served on the following via U.S. Mail on this date:

>Steven V. Yarnell, Esquire
>Attorney At Law
>230 Windsor Avenue
>Narberth, PA 19072

DEASEY, MAHONEY, VALENTINI & NORTH, LTD.

By: _____
Andrew Adair, Esquire

Dated: November 26, 2013