# Brewer Deposition Day 2

# EXHIBIT B

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
    ALBERT BREWER,                    :   NO. 13-CV-05763
 3            Plaintiff               :
                                      :
 4            vs.                     :
                                      :
 5   BERKS COUNTY SHERIFF, ERIC J.    :
     WEAKNECHT, SHERIFF; ANTHONY      :
 6   DEMORE, CHIEF; VINCENT           :
     PACIFICO, SERGEANT,              :
 7            Defendants              :
 8              DEPOSITION OF ALBERT BREWER
 9                     VOLUME II
10
11           Taken in the Berks Heim Nursing and
12   Rehabilitation, 1011 Berk Road, Essick's Conference
13   Room, Leesport, Pennsylvania, on Tuesday, June 2,
14   2015, commencing at 1:24 p.m., before Suzanne L. E.
15   Toto, Registered Professional Reporter.
16
17   APPEARANCES:
18             STEPHEN V. YARNELL, ESQ.
               230 Windsor Avenue
19             Suite 207
               Narberth, PA  19072
20              -- For The Plaintiff
21
22
23                       * * *
               VERITEXT LEGAL SOLUTIONS
24               MID-ATLANTIC REGION
              4949 Liberty Lane, Suite 200
25                Allentown, PA  18106
```

Page 23

1  APPEARANCES: (CONTINUED)
2      DEASEY MAHONEY & VALENTINI LTD.
       BY: ANDREW B. ADAIR, ESQUIRE
3      103 Chesley Drive
       Lafayette Building, Suite 101
4      Media, PA  19063
       -- For The Defendants

23             * * *
       VERITEXT LEGAL SOLUTIONS
24     MID-ATLANTIC REGION
       4949 Liberty Lane, Suite 200
25     Allentown, PA  18106

Page 25

261:24

3   19
5   20
7   21
9   22
11  23
13  24

Page 24

```
        INDEX
        WITNESSES
 3  ALL WITNESSES:                     PAGE:
 4  ALBERT BREWER:
    Examination by MR. ADAIR
 5                                     228:11
 6      EXHIBITS
 7  NO.:    DESCRIPTION:                PAGE:
 8  Brewer 16
        Statement of Angel Cabrera:
 9
        For Identification
10                                      231:9
11
    Brewer 17
        Statement of Leslie Cruz:
12
        For Identification
                                        253:10
    Brewer 18
        EEO Seminar Outline:

13
        For Identification
                                        256:21
    Brewer 19
        Goal Setting Outline:
15
        For Identification
                                        258:10
    Brewer 20
        Certification of Health Care Provider
        for Berks County
17
18      For Identification
```

Page 228

1           (It is stipulated by and between
2  counsel for the respective parties that the reading,
3  signing and sealing of the deposition is waived, and
4  that all objections except as to the form of the
5  question are reserved until the time of the trial.)
6                    * * *
7           ALBERT BREWER, having been
8  previously sworn, was examined and testified as
9  follows:
10                   * * *
11          EXAMINATION (continued)
12 BY MR. ADAIR:
13 Q.    Mr. Brewer, do you remember the
14 instructions that I gave you for the first time that
15 we went through this --
16 A.    Yes, I did.
17 Q.    -- the other day? And you understand
18 that you are still under oath today?
19 A.    No problem.
20 Q.    With that being said, we are going to
21 pick up where we left off. For the most part I'm not
22 trying to explore old ground, and I apologize if
23 there is maybe a thing or two that I touch on that I
24 either don't remember, but that's not my intention to
25 talk about what we already discussed.

2 (Pages 23, 24, 25, 228)

Page 229

1 What I would like to do -- and I am
2 going to give you this for your reference, was an
3 exhibit that we had previously marked as Brewer 1.
4 And if you look on the second page, the first
5 paragraph -- do you have a copy?
6     MR. YARNELL: I don't have mine.
7     MR. ADAIR: I have mine. I'm sorry, I
8 don't have another copy.
9     MR. YARNELL: Page 2?
10    MR. ADAIR: Page 2, the first
11 question.
12 BY MR. ADAIR:
13 Q.   And I will tell you what I am going to do.
14 The question generally asks you to identify all the
15 witnesses that you expect -- who may testify in the
16 trial of this case. I just -- I am going to ask you
17 each of these individuals, and I am going to ask you
18 what you believe they will testify to.
19    So we will just go through them one by
20 one, okay?
21 A.   Okay.
22 Q.   The first person that you have identified
23 as a potential witness is Detective Ivan Martinez?
24 A.   Martinez.
25 Q.   Martinez, okay. You have identified him

Page 230

1 as a potential witness. What do you believe that he
2 would testify to, if called as a witness at trial?
3 A.   Well, he will testify that I turned the
4 prisoner over to him and he find me right at the door
5 of the conference room because I was waiting for him.
6 Q.   Okay. And when was the last time that
7 you spoke with Mr. Martinez?
8 A.   Long ago. I don't quite remember, but it
9 was like -- the last time that I talked to him was
10 probably when I was fired, when I was terminated from
11 my job.
12 Q.   And what did you discuss?
13 A.   I ask him if no one ask him for his
14 statement in the investigation. And he said, nobody
15 talks to me about it. That was the -- as far as I
16 remember what I talk to him.
17 Q.   Okay. The second person listed is
18 Detective Angel Cabrera. Do you know who employs
19 Detective Angel Cabrera currently?
20 A.   Not right now I don't know.
21 Q.   And what do you expect that Detective
22 Cabrera would testify to?
23 A.   One of the incident that how Pacifico
24 treated me before. And the way that he -- his
25 demeanor when Angel Cabrera went to say hi to me and

Page 231

1 shake hands and embrace me, he didn't like that at
2 all.
3 Q.   Pacifico didn't like that?
4 A.   No, Pacifico didn't like that at all. He
5 got in a statement over that.
6 Q.   I have an exhibit that we will mark --
7 and I'm not sure which we are up to.
8     MR. YARNELL: It's 16.
9     (Brewer Exhibit Number 16 was marked
10 for identification.)
11    (Discussion held off the record.)
12 BY MR. ADAIR:
13 Q.   Mr. Brewer, a minute ago you mentioned
14 that there was a statement that Mr. Cabrera had made.
15 Is that the statement?
16 A.   Yes.
17 Q.   And is this something that he typed up
18 himself or is it something that you typed up and
19 asked him whether it was correct?
20 A.   No. He type it up and email it over to
21 me. And then we met each other, and he gave me the
22 original one signed.
23 Q.   Okay. Tell me what happened during this
24 incident in your words. Where were you?
25 A.   I was on the first floor in the

Page 232

1 arraignment court, I believe it was. I don't
2 remember the date or the time or anything like that.
3 I just was stand by the Judge doing my duties as a
4 deputy sheriff. And then Angel Cabrera, i believe he
5 had -- he was active at that time. He got a case
6 going on or I don't know if he was a witness. I
7 don't remember the details.
8    But he just came over to me, shake
9 hands and embrace me, hey, how you doing, brother;
10 how's everything going; just fine, you know regular
11 reading, speaking, and all that. And then Pacifico
12 came over, and he didn't actually touch us or
13 anything.
14    But he told me, come over here. And
15 like he was mad or something. That don't look
16 professional what you and Angel doing, this, this and
17 that, Detective Cabrera doing. I said, we haven't
18 done anything wrong. That's the way that we are.
19 That's who we are. Well, I didn't like that. That
20 doesn't look professional.
21    And then I believe Angel Cabrera heard
22 a few words of what he says. And then he said, this
23 guy is an asshole. And the Judge that we were --
24 that I was guarding, I don't remember if it was
25 Xavios or -- I don't remember who it was, the Judge.

3 (Pages 229 - 232)

Page 233

1 But when he -- when Angel Cabrera says, this guy is
2 an asshole, the Judge say, yes, he is. And that's
3 what I remember about that.
4         And I told him when we start all of
5 this, I told Angel, do you remember the incident that
6 happened in the court and this and that. And he told
7 me, yes, I am going to write it up because this is
8 what I remember that happen. And he write it up, and
9 he signed it.
10 Q.     In this statement here, I notice that
11 Mr. Cabrera did not make any reference about Sergeant
12 Pacifico saying anything about you guys being
13 Hispanic.
14         Did Sergeant Pacifico say anything
15 about you gentlemen being Hispanic?
16 A.     No, he didn't say anything about being
17 Hispanic or his demeanor. He didn't like what we did
18 like embracing and saluting each other. That's the
19 way we are. It could be in the White House and
20 nobody is going to change that.
21 Q.     And why did you take that as a reference
22 to Pacifico not liking Hispanics?
23 A.     Well, because I seen other detectives
24 saying hi to other deputies, not the same way; and he
25 never said anything about it. I seen police officers

Page 234

1 shaking hands with deputy sheriffs, and I saw him
2 there myself. And I never seen him saying anything
3 to none of them.
4 Q.     Do you ever see Mr. Pacifico in the
5 presence when two men embrace each other to say hi
6 other than this incident?
7 A.     Other than this incident, no.
8 Q.     Okay. You can put that aside. Let's
9 move on to the third one, Detective Joseph Garipoli.
10 A.    Actually, it's Deputy Joseph Garipoli.
11 Q.    And what would you expect him to testify
12 to?
13 A.    I can really tell you specifically what
14 he --
15 Q.    Actually, hang on. Is that the exhibit
16 copy?
17        MR. YARNELL: Oh, shit, yes, sorry.
18        MR. ADAIR: That's okay. If you would
19 just put your initials next to it to indicate --
20        MR. YARNELL: Sorry.
21        MR. ADAIR: That's okay. That's all
22 right.
23 BY MR. ADAIR:
24 Q.    I'm sorry, what is it that you would
25 expect -- just for the record, just let the record

Page 235

1 reflect that Mr. Yarnell made a correction on the
2 form correcting Detective Joseph Garipoli to --
3        MR. YARNELL: Deputy.
4        MR. ADAIR: -- Deputy.
5        MR. YARNELL: And that is correct.
6        MR. ADAIR: It's not a big deal just
7 so the record reflects it.
8        MR. YARNELL: I get it.
9 BY MR. ADAIR:
10 Q.    I'm sorry, the question was, what would
11 you expect Deputy Garipoli to testify to?
12 A.    I can't get into detail because I
13 don't -- I don't really remember. But he can be a
14 witness of the way he talk to basically to Hispanics,
15 the way that he talk to Doris Natel, the way he
16 talked to me in front of him. The way that he
17 treated me.
18 Q.    And do you believe that he would also
19 testify that --
20 A.    Unless, unless he is afraid of losing his
21 job with the County.
22 Q.    That's your opinion, correct?
23 A.    Hum?
24 Q.    That's your opinion, correct?
25 A.    No.

Page 236

1 Q.     He told you that he was afraid of losing
2 his job?
3 A.     No, he didn't tell me but he ask me not
4 to put him in that spot because he feel afraid of it.
5 He didn't tell me verbally but his demeanor tell me
6 that he feel afraid of that.
7 Q.     And do you believe that Mr. -- or
8 detective -- Deputy Garipoli would also testify that
9 Mr. Pacifico was also hostile towards nonHispanics?
10 A.    Could be. It's a big possibility because
11 no one likes him in the department any ways.
12 Q.    In your experience, did you ever observe
13 Mr. Pacifico being -- treating nonHispanics in a rude
14 manner?
15 A.    Right now, right now, I don't recall and
16 I don't remember right now; but it could be the case.
17 I wouldn't doubt it at all.
18 Q.    Okay. But as we sit here today, you
19 don't know what he would testify to other than what
20 you just said, would that be an accurate statement?
21        MR. YARNELL: You mean Garipoli?
22        MR. ADAIR: Garipoli, correct.
23 A.    No, I wouldn't know what he would testify
24 specifically; but he could testify about what I told
25 you right now about his behavior.

Page 237

1 Q. Okay. And then I believe we have already
2 spoken about Deputy Elvin Ortiz. What do you -- what
3 do you believe that Deputy Ortiz would testify to?
4      MR. YARNELL: Can we pause for a
5 minute? I have also marked out the word detective
6 here and will also put -- put my initials next to it.
7 It is the same circumstance as with the prior mark.
8      MR. ADAIR: Certainly.
9 A.    Another thing, after Elvin Ortiz, it's
10 not Detective Issac Santiago or Detective, they all
11 deputies. I don't know for what reason they were
12 marking detective. The only detective that we can --
13 that we have in this list is Detective Ivan Martinez
14 and Detective Angel Cabrera.
15      MR. YARNELL: I know the real reason.
16 The reason is because I made a mistake. I wrote down
17 detective instead of deputy. That's all the
18 difference.
19      MR. ADAIR: That's fine. I don't
20 think that impacts anything.
21      MR. YARNELL: I feel very blessed that
22 you feel that way.
23 BY MR. ADAIR:
24 Q.    In any event, what is it that you believe
25 that Deputy Ortiz would testify to?

Page 238

1 A.    Well, the times Pacifico threaten with --
2 he put a target on his back, the way that he -- that
3 he threaten him, too, when he was subject of
4 investigation when he say if he doesn't cooperate and
5 a few other things that I don't recall right now.
6 Because all of this has been a little bit confused
7 for me. But he can testify the way that Pacifico
8 treat especially Hispanic deputies.
9      MR. YARNELL: Can I ask a favor? I
10 just got a text that relates to my --
11      MR. ADAIR: Let's go off the record.
12      MR. YARNELL: I will need to go.
13      MR. ADAIR: That's fine.
14      (Discussion held off the record.)
15 BY MR. ADAIR:
16 Q.    The next few that I think we have talked
17 about several times. I am going to skip down to
18 Number 8, Deputy Peter Fox. What do you expect
19 Deputy Fox would testify to?
20 A.    He is another witness of the way that he
21 treat -- the way that he treated me and the way he
22 treated Santiago also and the way that he talk to
23 Doris Natel.
24 Q.    Do you know any incidents that Deputy Fox
25 witnessed?

Page 239

1 A.    Not specific, but I know that he can be a
2 witness.
3 Q.    Did Deputy Fox ever tell you that Deputy
4 Fox believed that Vince Pacifico was targeting him?
5 A.    I don't remember.
6 Q.    Did you ever see Vince Pacifico treat
7 Deputy Fox in a manner that you thought was harsh?
8 A.    I'm thinking because I want to give you
9 the accurate answer that I can, but so far right now
10 I don't remember.
11 Q.    When was the last time that you talked to
12 Deputy Fox?
13 A.    I don't quite remember, but it was long
14 ago. It was a little more than a year or something
15 like that. I'm not sure. I just find them by
16 coincidence by the gym I go to. I just saw him, and
17 he was working out; hey, how you doing. That was
18 basically it. I didn't get into a conversation
19 because he was working out. And then when he left, I
20 was working out. So he just say, hey, I see you
21 soon; I see you later; something like that. That was
22 about it. We couldn't talk to each other, have like
23 a conversation.
24 Q.    Did you ever have a conversation with him
25 about testifying in this case?

Page 240

1 A.    No, no, not that I remember. I haven't
2 talked to him about that.
3 Q.    How about Deputy Gravish?
4 A.    I haven't talked to him since I got
5 terminated from the sheriff department, probably
6 before that. He is another witness the way that
7 Pacifico treat Hispanics.
8 Q.    How about did deputy -- did you ever
9 witness deputy -- strike that.
10      Did you ever witness Vince Pacifico
11 treat Deputy Gravish in a way that you thought was
12 unfair?
13 A.    Not as far as I remember. I don't
14 remember right now.
15 Q.    Are there any particular incidents that
16 you believe Deputy Gravish observed where Vince
17 Pacifico treated Hispanics in a manner that you
18 believe unfair?
19 A.    Not a particular one, but I believe he
20 can testify to his behavior towards Hispanic
21 deputies.
22 Q.    How about Deputy Ely? He is listed as a
23 witness. What do you believe that he would testify
24 to?
25 A.    I don't know if he remember, but I do

Page 241

1  remember. I was in control room receiving my orders
2  to go -- or I went to pick somebody up and let them
3  know that I was going to pick somebody up. And
4  Pacifico started up with the jokes about the hair.
5  He told me to take off my hat. And oh, that's your
6  hair, never mind; and he walk out of the control
7  room. And Terry Ely was there at the time; and he
8  look at me, what's wrong with this guy. And then he
9  walk away like disappointed or something that he
10 didn't like that comment or something and he walk
11 away. That was the only incident that I remember
12 about Terry Ely. He was in the warrant division at
13 that time.
14 Q.      Was deputy or is Deputy Ely a Hispanic?
15 A.      No.
16 Q.      Do you have any knowledge as to whether
17 Vince Pacifico treated Deputy Ely in a manner that
18 was unfair?
19 A.      No, not that I know of.
20 Q.      When Vince Pacifico made that comment
21 about your hair, did you tell Vince Pacifico that
22 that bothered you that he made that joke?
23 A.      At that time, I didn't tell him anything;
24 but he should have known because I don't -- the way
25 that I feel and the way that I am is if I don't joke

Page 242

1  around with you, why should you joke around with me.
2  And then he is a sergeant. I don't want to get into
3  an argument. I'm already being targeted by him, so I
4  didn't say anything at that time. Honestly, I never
5  say anything to him about the joke.
6  Q.      Did you ever go to any other management
7  level officials, either a sergeant or above, and
8  complain about that you believe that Vince Pacifico
9  was targeting Hispanics?
10 A.      I never made an official complaint.
11 Q.      Why didn't you go to one of the -- to a
12 ranking officer and say that you thought that
13 Pacifico was racist?
14 A.      I didn't know who to trust at that time
15 to be honest with you.
16 Q.      What about Captain Barrios?
17 A.      I made a comment to him when he ask me if
18 I want to be in the warrant division. But I got to
19 go to certain school or something. And he told me
20 that sergeant got to sign it. I told him, forget
21 about it, he is not going to sign it. Pacifico not
22 going to sign anything for me, he not going to do
23 anything for me and you know it. That's the only
24 comment that I have and the only thing that I told
25 Captain Barrios because I didn't want to be -- like I

Page 243

1  told you before, I didn't trust anybody; and I didn't
2  want to get into details.
3  Q.      But you didn't mention to Captain Barrios
4  anything about Pacifico being a racist, correct?
5  A.      As far as I remember, I don't think I
6  did. I'm not sure if I did or not or maybe my
7  demeanor told him that when I was talking to him
8  about that.
9  Q.      How would your demeanor tell him?
10 A.      Well, when I was talking to him about the
11 signing paperwork to go to that kind -- I don't
12 remember what kind of tactical school it was to
13 become one of the warrant division deputies, he told
14 me that your immediate supervisor got to sign it.
15 And I told him, Pacifico is not going to sign it. He
16 is not going to do anything for me and you know that
17 he is even targeting me right now.
18 Q.      I hear what you are saying, but there's a
19 difference between saying that Pacifico won't sign it
20 and there's a difference between saying that and
21 saying Pacifico won't sign it because I'm Hispanic.
22 Would you agree with that?
23 A.      No, I didn't say that he not going to
24 sign it because I'm Hispanic. I didn't say that.
25 But that's obviously why he wouldn't do it.

Page 244

1  Q.      Why do you believe that Captain Barrios
2  would have understood that it was obviously a
3  reference to Pacifico disliking Hispanics?
4  A.      Well, the way that I talk to him and let
5  him know that Pacifico was not going to sign that
6  paperwork, the application for me to go to tactical
7  school.
8  Q.      It's your belief that Captain Barrios
9  should have interpreted everything you said as
10 Pacifico was a racist even though you never used the
11 term race or Hispanic, correct?
12 A.      That was too obvious. I didn't get into
13 it like I told you before and I will tell you many
14 times, I didn't trust anybody at that time.
15 Q.      How about Deputy Perry Taglienti?
16 A.      He was a new guy right before I got
17 terminated. And he was always asking me questions
18 about how can we do this, how the work and I told him
19 as far as I knew and as far as I was assigned to the
20 different jobs that I did, how he was.
21         Basically, I was his unofficial field
22 training officer because I don't know for what, why
23 he would have always come to me and ask me questions.
24 And he was getting along with me very good and
25 everything. And he -- I don't know, he felt

Page 245

1 confidence talking to me, I don't know why. I always
2 help him out. I was always -- and he saw Pacifico a
3 few times -- oh, wait, getting mad at me when I used
4 to talk in Italian with -- I don't remember his name
5 right now. One of the deputies that I talk -- now
6 that I talk, I exchange words in Italian with Deputy
7 Martello and Deputy -- I don't remember their names.
8 He could be a witness of that.
9  Perry Taglienti, when he saw me
10 exchanging words in Italian with other deputics and
11 he told me, how many fucking languages do you know.
12 He was like I did something wrong, like I steal his
13 wife or something the way he talk to me like that.
14 And I told many times Perry Taglienti, hey, it's not
15 my fault that I'm not white. And he took it as a
16 joke.
17  And I told Perry, I'm not joking. He
18 is treating me that way because I'm not white,
19 because he never said anything to one of the Italian
20 decedent deputies. He just told me.
21 Q.  Let me stop you because you just said
22 something that I didn't understand. You said a
23 minute ago that -- something about he said it to me
24 because I'm not white. Did you say that to Pacifico?
25 A.  No. I say that to Perry Taglienti

Page 246

1 because he ask me, why is he that way with you. I
2 told him, because I'm not white.
3 Q.  Was Pacifico present when that was said?
4 A.  No, he turn his back. He just let his
5 anger out. And when he turn back, I was talking to
6 Perry Taglienti about that.
7 Q.  Was Pacifico in the area when you said to
8 Perry Taglienti that he is saying that to me because
9 I'm not white?
10 A.  I don't know if he heard me or anything,
11 and I hope he did. He just walk away.
12 Q.  The last person listed is Dr. Ryan
13 Minnich. Do you have any medical records from
14 Dr. Minnich?
15  MR. YARNELL: I think we provided
16 whatever medical records we had.
17 A.  Whatever I have, I turn that over to my
18 attorney.
19  MR. ADAIR: For the record, I have a
20 one-page letter from Dr. Minnich and that's the only
21 medical records that I have.
22  MR. YARNELL: I think that is it that
23 we have. Now, if you -- he was treated at the
24 Reading Hospital and at St. Joseph's Hospital,
25 obviously they will have records.

Page 247

1  MR. ADAIR: Was he treated by
2 Dr. Minnich at those hospitals?
3  MR. YARNELL: No. I understand your
4 question was that, but you just said are those all
5 the medical records we have. There may be others,
6 but we don't have them.
7  MR. ADAIR: Okay. In that same
8 exhibit --
9  MR. YARNELL: Which page?
10  MR. ADAIR: Hang on for a second. If
11 you will turn to page 7 and 8, it's question 12.
12  MR. YARNELL: Okay. Read this.
13 BY MR. ADAIR:
14 Q.  I can simplify things, but when you are
15 done reading just let me know. I can simplify it.
16 The question that was asked of you in discovery was
17 asking you -- and I am going to paraphrase to
18 identify the individuals who complained verbally
19 about discrimination to the Berks County Sheriff or
20 the Berks County Department of Human Resources.
21  In response to that question, you
22 answered the bottom of page 7 and the top of page 8,
23 you identified a couple of individuals. And what I
24 am going to do is I'm going to ask you the details
25 about who these individuals complained to.

Page 248

1 A.  So far -- as far as --
2 Q.  Let me ask you a question.
3 A.  Go ahead.
4 Q.  Who did Issac Santiago complain to about
5 discrimination?
6 A.  If I'm not mistaken, human resources and
7 then he made a complaint to the --
8  MR. YARNELL: Last time you said the
9 Pennsylvania Human Relations Commission.
10 A.  There you go. I didn't remember the
11 name.
12 Q.  Were you present when that complaint was
13 made -- when either complaint was made?
14 A.  No. He told me about it.
15 Q.  He told you about it. Do you know
16 whether Issac Santiago specifically complained that
17 Vince Pacifico treated him -- discriminated against
18 him on the basis of his race or nationality?
19 A.  Yes.
20 Q.  How about Doris Natel, who did she
21 complain about discrimination to?
22 A.  I think that she made a complaint to the
23 human resources. I'm not sure.
24 Q.  Did she tell you that she complained to
25 human relations --

7 (Pages 245 - 248)

Page 249

1  A.    No, she never told me about that.
2  Q.    Let me ask my whole question, just so
3  everything is clear.
4         You believe that she complained, but
5  she didn't tell you that she did?
6  A.    As far as I remember, no, there's too
7  many details that I don't remember. She would have
8  told me or she -- maybe she didn't. I don't know. I
9  don't remember.
10 Q.    Did she complain to the sheriff?
11 A.    Not that I know of.
12 Q.    How about Issac Santiago, did he complain
13 to the sheriff?
14 A.    To the sheriff himself?
15 Q.    Yes.
16 A.    I don't know.
17 Q.    How about Madeline Gregory, did she
18 complain to either human resources or the sheriff
19 about discrimination, to your knowledge?
20 A.    No, not that I know of. She was a victim
21 of Pacifico, but I don't know if she made a complaint
22 or not. I don't remember that.
23 Q.    How about Jose Davila, did he complain to
24 the sheriff or human resources about discrimination?
25 A.    I don't know about him.

Page 250

1  Q.    And how about Elvin Ortiz, did Elvin
2  Ortiz complain about discrimination to the sheriff or
3  to human resources?
4  A.    As far as I know, the only thing that he
5  did was told Pacifico that if he doesn't stop
6  bothering him and harassing him, he was going to talk
7  to his lawyer.
8  Q.    And that was something that you learned
9  about after you were terminated from Berks County,
10 correct?
11 A.    Yes.
12 Q.    Did you ever see Vince Pacifico with
13 Sheriff Weaknecht's wife, Jessica Weaknecht?
14 A.    No.
15 Q.    Do you know whether Vince Pacifico knew
16 Jessica Weaknecht?
17 A.    I'm not going to confirm that, but I know
18 they should know each other.
19 Q.    And why do you believe that?
20 A.    Because they were all friends.
21 Q.    Who all were friends?
22 A.    Pacifico, the sheriff, they were all
23 friends.
24 Q.    And why do you believe that?
25 A.    Well, everybody comments about it and

Page 251

1  they know that they were like specifically Pacifico
2  and Chief DeMore at that time, he was -- Pacifico, he
3  was a big brown noser to the chief all the time
4  talking to him over the years and hugging him and
5  having a type of confidence that everybody saw. So
6  that's a conduct of friends.
7  Q.    Do you know if they hung out together
8  after work?
9  A.    I wouldn't know that.
10 Q.    Did you ever hear a rumor that they
11 associated with each other after work?
12 A.    I wouldn't know that, and I don't care to
13 be honest with you.
14 Q.    Did you ever -- is it accurate for me to
15 say that you never observed the sheriff's wife and
16 Vince Pacifico together?
17 A.    No, no.
18 Q.    It's not accurate or you did see them
19 together?
20 A.    No, I never seen them together.
21 Q.    It was a poorly phrased question on my
22 part.
23 A.    No problem.
24 Q.    Do you have any knowledge of whether
25 anyone ever told Chief DeMore that Vince Pacifico was

Page 252

1  targeting Hispanics or treating Hispanics differently
2  than Caucasians?
3  A.    Honestly, I thought about it myself. But
4  since I saw the way that they treat each other
5  because they were basically friends and the way that
6  they behave, like Pacifico talking to him in a way
7  only like real close friends talk to each other, I
8  thought about it, but I never said anything because
9  it was going to be a waste of time.
10 Q.    Do you know whether anyone told Chief
11 DeMore --
12 A.    No.
13 Q.    Let me finish asking my question. Do you
14 know whether anyone ever told Chief DeMore that Vince
15 Pacifico treated Hispanics differently than
16 Caucasians?
17 A.    Not that I know of.
18 Q.    How about Eric Weaknecht, do you know
19 whether anyone ever told Eric Weaknecht that Pacifico
20 treated Hispanics differently than Caucasians?
21 A.    No, not that I know of.
22 Q.    Did you ever observe Chief DeMore treat
23 Hispanics differently than Caucasians?
24 A.    No.
25 Q.    How about Sheriff Weaknecht, did you ever

Page 253

1 observe Sheriff Weaknecht treat Hispanics differently
2 than Caucasians?
3 A. No, I never saw him treating anybody
4 different. Well, he was never there anyway. And we
5 barely, barely saw Chief DeMore unless it's in a roll
6 call or something. We never see him in action, if I
7 could say that.
8     MR. ADAIR: I am going to mark this as
9 an exhibit, 17.
10     (Brewer Exhibit Number 17 was marked
11 for identification.)
12 BY MR. ADAIR:
13 Q. Just for the record, Brewer 17 is a
14 document that your lawyer turned over to us through
15 discovery. Have you had a chance to review that?
16 A. Yeah.
17 Q. I have a couple questions about this.
18 First of all, is this a document that you got from
19 Leslie Cruz?
20 A. Yes.
21 Q. And did you ask her to prepare a document
22 for you?
23 A. No.
24 Q. She prepared this for you?
25 A. He.

Page 254

1 Q. Oh, he. I'm sorry.
2 A. Captain Leslie Cruz.
3 Q. He prepared -- let me rephrase that.
4     Do you know whether Captain Cruz was a
5 witness to the incident in the District Attorney's
6 office?
7 A. No, he wasn't.
8 Q. Do you know whether Captain Cruz knew
9 Wendy Bundens or Bobbi Green from the District
10 Attorney's office?
11 A. I don't know if he know it or not, I
12 don't know.
13 Q. How did you find out about the incident?
14 A. Well, I let him know that I got fired.
15 And he just told me, you know that I cannot help you
16 with anything; I'm not going to be able to testify to
17 anything. I know. I'm just letting you know what
18 happened to me.
19     And he told me, I am going to write a
20 letter of my -- I am going to write something to
21 describe what I think about you. And even I don't
22 care who say who or whatever. I don't believe that
23 you leave a prisoner by himself. I don't believe in
24 that. The way he been seeing me working and all
25 that, he ask me like -- I don't know like he says two

Page 255

1 times to work for the warrant division, that can tell
2 you something of my character of the way that I am.
3 So he wrote that down.
4     He told me that is what I can do for
5 you. I told him, well, I'm not asking you for
6 anything. I'm just letting you know what happened to
7 me. And he told me, if there is anything that I can
8 help you, that I can -- I am going to help you out
9 with.
10 Q. Did Captain Cruz express a belief to you
11 that he thought that Captain DeMore was racist?
12     MR. YARNELL: That Captain DeMore?
13     MR. ADAIR: Correct.
14 A. It was not Captain DeMore. It was Chief
15 DeMore.
16 Q. Chief DeMore, I'm sorry.
17 A. Chief DeMore. Honestly, he never talked
18 to me about Chief DeMore.
19 Q. How about the sheriff, Eric Sheriff
20 Weaknecht, did he ever indicate whether the chief --
21 that the sheriff was racist?
22 A. I don't remember. I can't say right now,
23 but I don't think he told me anything about the
24 sheriff or DeMore.
25 Q. Did he say whether he believed that Vince

Page 256

1 Pacifico was a racist?
2 A. Yes.
3 Q. What did he say?
4 A. He told me that he didn't know him
5 personally, but he hear a lot of rumors the way that
6 he is and the way he treat Hispanics even when he was
7 a police officer stopping people over just for the
8 race. That's what he told me.
9 Q. When Pacifico was a police officer?
10 A. Yes.
11 Q. Was Captain Cruz retired at the time the
12 incident in the District Attorney's office occurred?
13 A. Right now there are so many dates in my
14 head, I don't remember. I believe he was already
15 retired when that incident happened.
16     MR. ADAIR: I have another exhibit
17 that I am going to mark. I will tell you right now
18 that this is a document that your attorney turned
19 over, and I don't know what it is. And I am going to
20 ask you what it is because I don't know what it is.
21     (Brewer Exhibit Number 18 was marked
22 for identification.)
23 BY MR. ADAIR:
24 Q. This is a document that your lawyer
25 turned over through discovery. Do you know what this

9 (Pages 253 - 256)

## Page 257

1 is?
2 A. It's an EEO seminar, rights and
3 responsibilities.
4 Q. Is this from a seminar that you attended?
5 A. No.
6 Q. Is this something that you received while
7 you were employed by Berks County?
8 A. I don't remember.
9 Q. Is this a document that you gave to your
10 lawyer?
11 A. I gave him a lot of paperwork, but it
12 could be. I don't know. I'm not sure.
13 Q. Do you have any idea where this came
14 from?
15 A. I don't remember. There's so many
16 paperwork and maybe I did. I don't know. With a
17 whole bunch of paperwork that I gave him, it could be
18 part of it. Right now, I don't recall.
19        MR. YARNELL: Can I state something
20 for the record just so this is clear?
21        MR. ADAIR: Sure.
22        MR. YARNELL: This document was
23 provided to me by Mr. Brewer. At the time that it
24 was provided to me it was not clear to me whether it
25 was something that he obtained while working at the

## Page 258

1 sheriff's department or while working for the
2 Baltimore City Police Department. It was a document
3 related to civil rights claims.
4        MR. ADAIR: Okay.
5 A. It's like I say, I don't remember there
6 is so many paperwork.
7 Q. That's fine. We will put that aside.
8        MR. ADAIR: I am going to ask you the
9 same thing about this one, which we will mark as 19.
10        (Brewer Exhibit Number 19 was marked
11 for identification.)
12 BY MR. ADAIR:
13 Q. My question again, this is a document
14 your attorney turned over to us. Do you know what
15 this is or where it came from? Maybe it got confused
16 with the paperwork I gave him, but that was like a
17 goal setting outline that I was doing for myself to
18 finish my college degree and go forward with my life
19 and try to organize my life in a new place after I
20 get everything settled down.
21 Q. This was something of yours from your
22 time before you were employed by Berks County?
23 A. I don't think it got anything to do, but
24 I was trying to get my life organized with this.
25        MR. YARNELL: He is trying to ask you

## Page 259

1 when you got this.
2 A. I don't remember the exact date, but I
3 got it for that. Now that I remember to organize --
4 Q. I'm trying to find out the general
5 timeframe. Was this something that you were using to
6 organize your life while you were employed by Berks
7 County?
8 A. Yes, I believe so.
9 Q. Okay. Did you ever apply to any colleges
10 while you were employed by Berks County?
11 A. No, because I was trying things. I'm a
12 father of two kids. I got a set of priorities first
13 before thinking of myself. I was trying to get a
14 bigger house. I was trying to settle everything so
15 that I can have piece of mind, in the meantime I go
16 to college. That's why it took me a little while for
17 me to start it up because I got a lot of priorities
18 in my life, my family, my kids that I got to do. I
19 got to put everything on their plates and then
20 thinking about me going to college and keep improving
21 myself.
22 Q. While you were employed by Berks County,
23 did you ever seek any medical treatment as a result
24 of feeling that there was a hostile environment
25 towards Hispanics?

## Page 260

1        MR. YARNELL: I think that has been
2 asked and answered in part because he did go to see
3 the one doctor who prescribed antidepressants.
4        MR. ADAIR: While he was employed by
5 Berks County? I don't recall him testifying to that.
6        MR. YARNELL: You are correct. He saw
7 a doctor after leaving there.
8        THE WITNESS: Yes, it was after.
9 BY MR. ADAIR:
10 Q. While you were employed -- well --
11 A. While I was employed there, I had a lot
12 of acid reflux. I don't know if you like -- I don't
13 remember how that called.
14        MR. YARNELL: Acid reflux is what it
15 is called.
16 A. Acid reflux that is the reason I miss a
17 few days of work, not a few -- a consider amount of
18 work because I was always throwing up. And basically
19 right before I got fired since I was really nervous,
20 I was always throwing up.
21        Even the day I got fired, I was so
22 nervous that I throw up in front of Chief DeMore and
23 the other sergeant's name that I don't remember. And
24 I got so nervous because the sergeant was having --
25 have his hand on the weapon thinking that I was going

Page 261

1 to do something and everybody know I'm not a violent
2 person.
3     I turned over my magazines to let him
4 know that I am not going to do anything. I didn't
5 even have my weapon on me. The way I see they
6 treated me, I was really nervous and I was throwing
7 up that day.
8 Q.     Did you actually throw up in front of --
9 A.     Yes, I did.
10 Q.     -- those individuals?
11 A.     Yes. I got a bucket of garbage because I
12 didn't have enough time to go to the bathroom or
13 anything, and I basically throw up.
14 Q.     You would agree with me though that this
15 condition started before Vince Pacifico was ever a
16 sergeant with Berks County, correct?
17     MR. YARNELL: Throwing up when he was
18 fired?
19     MR. ADAIR: No, his condition,
20 throwing up and the acid reflux.
21     MR. YARNELL: The acid reflux.
22 A.     Yeah, I could say that, yes.
23     MR. ADAIR: We will mark this exhibit.
24     (Brewer Exhibit Number 20 was marked
25 for identification.)

Page 262

1     (Discussion held off the record.)
2 BY MR. ADAIR:
3 Q.     Mr. Brewer, I'm showing you what was just
4 marked as Brewer 20; and I will represent to you that
5 this is a document that we turned over both to the
6 Pennsylvania Human Relations Commission and also to
7 your attorney. And this is part -- this is something
8 that is contained in the -- in your personnel file
9 from Berks County, was an application for certain
10 services when you worked there.
11     Let me ask you, was Dr. Hassel one of
12 your treating doctors?
13 A.     That's actually my first doctor when I
14 came to Berks County.
15 Q.     Did you have any other primary care
16 doctors from the time that you came to Berks County
17 to the present other than Dr. Minnich?
18 A.     He was the first, Jeffrey Hassel. He was
19 first. And then when I lose my job and I didn't have
20 insurance anymore and I had to apply for public
21 assistance and I went back there for some reason, I
22 don't know, I didn't feel comfortable. And then I
23 went somewhere else where I met Dr. Minnich.
24 Q.     Other than Dr. Hassel and Dr. Minnich,
25 have you had any other doctors?

Page 263

1 A.     No, I don't think so. I don't think I
2 have other doctor.
3 Q.     Okay. You described a minute ago having
4 acid reflux. And if you look at page 2 of this
5 document, question 4 at the bottom says describe any
6 other relevant medical facts, if any, related to the
7 condition for which employee seeks leave. Such
8 medical facts may include symptoms, diagnosis or any
9 regimen of continuing treatment such as the use of
10 specialized equipment. And written in there is
11 severe abdominal pain, throat pain, nausea, vomiting,
12 burning and bowel issues.
13     Are those the conditions that you were
14 talking about that were bothering you when you worked
15 at Berks County, the medical condition?
16 A.     Yeah, that was part of it.
17 Q.     And I asked you whether those conditions
18 started prior to Vince Pacifico becoming a sergeant.
19 And I believe you indicated that you -- that it may
20 have. I'm not trying to put words in your mouth.
21     MR. YARNELL: Do you know?
22 A.     Even though I can't see a date right
23 here, I don't remember. I know they started as soon
24 as I leave Baltimore and I come over. I don't know
25 for a fact that it started up when I was working at

Page 264

1 Berks County, but I couldn't tell you a date when
2 they started.
3 Q.     I was going to say if you look on page 2
4 there, it says, number 1, approximate date the
5 condition commenced. And it has April 28th, 2009.
6 A.     Um-hum.
7 Q.     Does that refresh your recollection or
8 does that sound like when that condition began for
9 you?
10 A.     Yes, definitely.
11 Q.     And is that something that you still
12 experience today?
13 A.     No, not like before because I got a
14 treatment for that. I got some pills. I got pills
15 for that and some home remedies back from the Old
16 Country that makes me -- a whole combine of different
17 stuff that make me feel better. But that was -- I
18 don't recall exact dates and all that.
19 Q.     Do you currently have a doctor?
20 A.     Right now?
21 Q.     Yes.
22 A.     No.
23 Q.     When was the last time you went to a
24 doctor?
25 A.     The last time I see a doctor was

Page 265

1  Dr. Minnich and that was over a year ago. And I'm
2  trying to get another doctor. I'm trying to make an
3  appointment. But since I work so many hours, it's
4  really, really hard for me to make an appointment.
5  Like right now today, I'm losing a day, a payday; and
6  I wouldn't get it back. That's why it's been a
7  little bit hectic for me to do an appointment.
8  Q.      While you were working for Berks
9  County -- during the period you were working for
10 Berks County, did you ever seek any psychological or
11 psychiatric care?
12 A.      I didn't went that far, but I talk to the
13 chaplain.
14 Q.      What's the name of the chaplain that you
15 spoke with?
16 A.      Brian Boyer.
17 Q.      And where is Brian Boyer a chaplain?
18 A.      In the sheriff department.
19 Q.      And what did you speak to Brian Boyer
20 about?
21 A.      Honestly, I specifically don't remember
22 right now.
23 Q.      Did you ever tell him that you believed
24 you were being treated differently because you were
25 Hispanic?

Page 266

1  A.      I don't remember the conversation to be
2  honest with you. I don't remember if I told him
3  about that or not or -- I know I talk to him a few
4  times, but right now for some reason I don't recall.
5  I wish I would to give you all the details.
6  Q.      While you were still employed by the
7  Berks County Sheriff Department, did you ever tell
8  your sister that you thought you were being treated
9  differently because you were Hispanic?
10 A.      No. I didn't talk to my sister about
11 that. I talk to my father about that because he told
12 me 1,000 times when I was a police officer in
13 Baltimore, do not go to Pennsylvania. This is the --
14 one of the racist state in the United States, don't
15 go there. Stay in Baltimore. You will have a
16 relevant career. And I know for a fact that you will
17 be a hell of a police officer there. Don't go to
18 Pennsylvania. He told me that a thousand time.
19 That's the reason I could not talk to him when I got
20 fired because he was right. He was right about that.
21 Q.      But you talked to him when you were still
22 employed by the sheriff's department?
23 A.      No. I talk to him even before that when
24 I was a police officer in Baltimore; and I let him
25 know that I was going to move over. And he told me,

Page 267

1  why you doing that.
2  Q.      My question is a different one. While
3  you were employed by the Berks County Sheriff's
4  Department, did you ever say to your dad, dad, you
5  were right; I'm being treated differently because I'm
6  Hispanic while I'm here?
7  A.      Yes, I believe so. I told him that.
8  Actually, right at the time that I was getting
9  fired -- that I got fired, I mention that to him, but
10 I didn't want to tell him that he was right about
11 what he told me because I hate to say this, but he is
12 always right.
13 Q.      So you didn't mention it to him until
14 right about the time you were being fired?
15 A.      Yep. Almost when I was getting fired I
16 told him that. And I told him about Pacifico. I
17 told him, there is a guy like this, this, this. And
18 he told me, didn't I tell you that; didn't I tell
19 you. You want me to tell you the exact words he use?
20 Q.      Yeah.
21 A.      Didn't I tell you long ago don't go to
22 that fuckin' state? Didn't I tell you that?
23 Q.      Why didn't you tell him earlier that you
24 thought you were being treated differently because
25 you are Hispanic?

Page 268

1  A.      Because I didn't want to let him know
2  that he was right. I'm telling you personal things
3  that I don't want to talk about it because I don't
4  want to bring my father into this problem.
5  Q.      Did you -- from the time you started
6  working at Berks County until the present, did you
7  ever keep a journal or a diary?
8  A.      No.
9  Q.      How about a calendar?
10 A.      No.
11 Q.      Did your belief that you were being
12 treated differently because you are Hispanic, did
13 that impair your ability to do your job as a sheriff
14 while you were employed by Berks County?
15 A.      Honestly, he change my mind a lot. He
16 make me even think about if I am doing the right
17 thing about being a law enforcement officer
18 sometimes.
19 Q.      But did it impact how you actually did
20 your job on a day-to-day basis?
21 A.      Probably did.
22 Q.      How?
23 A.      Not concentrating the way that I was
24 supposed to.
25 Q.      Explain to me what you mean by that.

12 (Pages 265 - 268)

Page 269

1  A.      Probably the mistake that I -- mistakes
2  that I did, not reporting that I was being harassed,
3  not thinking the right way and a few other things.
4  Q.      So because you were being -- because you
5  perceived yourself as being treated differently, it
6  impacted your thinking and resulted in you not
7  reporting discrimination against you?
8  A.      That could be it, yes.
9  Q.      Well, not could be.
10         MR. YARNELL: Don't guess. Say yes or
11 no.
12 A.      Yes. Yes. Yes. Yes.
13 Q.      That's the reason you didn't report --
14 A.      I was feeling afraid of it because I seen
15 so many friendly relations between the supervisors
16 and all that that I didn't know who to trust at that
17 time.
18 Q.      What about your former supervisors that
19 you get along with well?
20 A.      No. I got along with basically everybody
21 except with Pacifico. But still, I didn't -- that's
22 the way I feel at that time.
23 Q.      Give me a minute. I may be done.
24         MR. ADAIR: I don't have any other
25 questions. I don't know if you have any follow-up or

Page 270

1  anything?
2          MR. YARNELL: No.
3          (Deposition concluded.)

Page 271

4       June, 17 2015

7       I hereby certify that the
8  evidence and proceedings are contained fully and
9  accurately in the notes taken by me of the testimony
10 of the within witness who was duly sworn by me, and
11 that this is a correct transcript of the same.

   _____
   Suzanne L. E. Toto
   Registered Professional Reporter

20 The foregoing certification does not apply to any
   reproduction of the same by any means unless under
21 the direct control and/or supervision of the
   certifying reporter.